UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS DIDONATO, on behalf of TRI-TECHNOLOGIES, INC. AND TRI-TECH REALTY, LLC,

        Plaintiff,

-against-

DAVID HIRSCH, TRI-TECHNOLOGIES, INC. AND TRI-TECH REALTY, LLC,

        Defendants.

**Stipulation of voluntary dismissal**

17-cv-06124-VB

---

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties in the captioned action that the captioned action is voluntarily dismissed, without prejudice to Plaintiff re-filing the claims set forth in the action in the Supreme Court of the State of New York against Defendants pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: Katonah, New York
       August 25, 2017

_____
Michael R. Gordon (MG-7838)
GordonLaw LLP
*Attorneys for Plaintiff*

51 Bedford Road, Suite 10
Katonah, New York 10536
914.232.9500
mgordon@gordonlawllp.com

_____
Anthony M. Rainone, Esq. (AR-1011)
Brach Eichler LLC

*Attorneys for Defendants*

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.364.8372
arainone@brancheichler.com